RECEIVED
AUG 23 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 1:22-cr-00045 |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| GEORGE NICHOLAS DREIER, ) | T. 18, U.S.C. § 2 |
| ) | T. 18, U.S.C. § 641 |
| Defendant. ) | T. 42, U.S.C. § 408(a)(4) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Social Security Fraud)**

Beginning on or about January 4, 2016, and continuing to on or about May 3, 2019, in the Southern District of Iowa, and elsewhere, defendant GEORGE NICHOLAS DREIER, in a matter within the jurisdiction of the Social Security Administration, having knowledge of the occurrence of an event affecting the initial and the continued right to any Social Security payment for H.D., concealed and failed to disclose such event with the intent to fraudulently secure payment either in a greater amount than was due and/or where no payment was authorized. Specifically, the defendant failed to disclose H.D.'s death.

This is a violation of Title 42, United States Code, Section 408(a)(4) and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Theft of Funds of the United States)

That on or about May 3, 2019, in the Southern District of Iowa, the defendant, GEORGE NICHOLAS DREIER, did voluntarily, intentionally, and knowingly, embezzle, steal, purloin, and convert to his own use and the use of another, money of the United States and an agency thereof, to wit: the Social Security Administration, and the value of the money exceeded $1,000.

This is a violation of Title 18, United States Code, Sections 641 and 2.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Richard E. Rothrock
Assistant United States Attorney